[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10326
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 7, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00246-CR-J-20-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE SCOTT MILTON,
a.k.a. Tee,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 7, 2009)

Before TJOFLAT, PRYOR and COX, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Terrance Scott Milton in this appeal from

the denial of Milton's motion for a sentence reduction pursuant to 18 U.S.C.

§ 3582(c)(2), has moved to withdraw from further representation of the appellant

and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.  Because

independent examination of the entire record reveals no issues of arguable merit,

counsel's motion to withdraw is **GRANTED** and the denial of Milton's

§ 3582(c)(2) motion is **AFFIRMED**.